| DOCUMENTS UNDER SEAL ☐ | | | | DOCUMENT NUMBER: | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Corinne Lew | | | REPORTER/FTR<br>FTR: 1:09 - 1:12 | |
| MAGISTRATE JUDGE<br>Patricia V. Trumbull | | DATE<br>6/25/07 | | NEW CASE<br>☐ | CASE NUMBER<br>CR 07-70357 PVT | |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Elmer Ochoa-Alvarez | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>C. Lie | | PD. ☒  RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>J. Fazioli | | INTERPRETER<br>Spanish - L. Arce | | FIN. AFFT ☒<br>SUBMITTED | | COUNSEL APPT'D ☒ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>L. Weigel | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)

| | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR<br>time | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | | ☐ STATUS<br>time |
| ☐ I.D. COUNSEL<br>time | ☐ ARRAIGNMENT<br>time | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or S/R<br>time | | ☐ BAIL REVIEW<br>time |
| ☒ DETENTION HRG<br>time 3 min. | ☐ ID/REMOVAL HRG<br>time | ☐ CHANGE PLEA<br>time | ☐ PROB. REVOC.<br>time | | ☐ SUP REL HRG<br>time |

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS     ☐ ADVISED OF CHARGES     ☐ NAME AS CHARGED IS TRUE NAME     ☐ TRUE NAME:

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION     ☐ ARRAIGNED ON INDICTMENT     ☐ READING WAIVED SUBSTANCE     ☐ WAIVER OF INDICTMENT FILED

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY TO BE POSTED     CORPORATE SECURITY ☐     REAL PROPERTY: ☐
☐ CASH   $

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

☐ CONSENT ENTERED     ☐ NOT GUILTY     ☐ GUILTY     GUILTY TO COUNTS: ☐
☐ PRESENTENCE REPORT ORDERED     ☐ CHANGE OF PLEA     ☐ PLEA AGREEMENT FILED     OTHER:

### CONTINUANCE

| TO:<br>7/12/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>Richard Seeborg | ☐ DETENTION HEARING | ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |

### ADDITIONAL PROCEEDINGS

cc: MPB